# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 1, 2011

Before

Hon. DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| JENNY RUBIN, et al.,<br>     Plaintiffs-Appellees,<br><br>and<br><br>DEBORAH D. PETERSON,<br>     Intervening-Appellee,<br><br>No. 08-2805             v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br>     Defendant-Appellant,<br><br>and<br><br>FIELD MUSEUM OF NATURAL HISTORY,<br>et al.,<br>     Intervenors. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:03-cv-09370<br>]<br>] Blanche M. Manning,<br>]     Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

On March 31, 2011, counsel for intervenor the Field Museum of Natural History filed a letter with this court on behalf of the Museum and intervenor the University of Chicago's Oriental Institute. In the letter, which we construe as a motion to correct our opinion of March 29, 2011, counsel asks us to alter footnote 3 at page 6 of the slip opinion, which currently begins: "The Rubin plaintiffs are pursuing similar litigation against Boston-area museums that possess artwork owned by Iran." Counsel suggests changing the sentence to: "The Rubin plaintiffs are pursuing similar litigation against Boston-area museums that possess artwork alleged to be owned by Iran."

The motion is **GRANTED.** Footnote 3 shall be amended as suggested. We agree with counsel that this change correctly represents the status of the Boston-area action and is consistent with our characterization of the action later in the opinion as "execution proceedings brought by the Rubin plaintiffs to attach property in the possession of a museum at Harvard University but alleged to belong to Iran."